AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Charles Seife & Peter Lurie | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 18-cv-11462-NRB |
| U.S. Department of Health & Human Services et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Charles Seife and Peter Lurie.

Date: 09/13/2019

/s/ Jason Schultz
*Attorney's signature*

Jason Schultz (NY Reg. No. 5376520)
*Printed name and bar number*

NYU SCHOOL OF LAW
245 SULLIVAN ST STE 609
NEW YORK, NY 10012-1301
United States
*Address*

jason.schultz@law.nyu.edu
*E-mail address*

(212) 992-7365
*Telephone number*

(212) 995-4031
*FAX number*